**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, YUMA DIVISION**

United States of America                          CASE: 18-61039MP

vs.

Arturo Torres-Ortiz

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Arturo Torres-Ortiz, was represented by counsel, Jared Heath Eggers (FPD).

The defendant pled guilty to the Complaint on 05/16/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/14/2018 |

As pronounced on 05/16/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, May 16, 2018.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number:

**UNITED STATES DISTRICT COURT**          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - YUMA**

Date: 05/16/2018          Case Number: 18-61039MP

USA vs. **Arturo Torres-Ortiz**
U.S. MAGISTRATE JUDGE: JAMES F. METCALF          Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D: Miguel Aguayo, Spanish
Attorney for Defendant: Jared Heath Eggers (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **05/14/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:        Jared Heath Eggers (FPD) is appointed as attorney of record for defendant.


Recorded by Courtsmart     COP: 3
BY: Angela Gutierrez        Sent: 0
        Deputy Clerk        IA: 0

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Arturo Torres-Ortiz

YOB: 1986

CRIMINAL COMPLAINT
CASE: 18-61039MP
Citizenship: MEXICO

DOA: 05/14/2018

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about May 14, 2018, near San Luis, Arizona in the District of Arizona, Defendant Arturo
TORRES-Ortiz, an alien, did intentionally attempt to enter the United States at a time or place other than as
designated by Immigration Officers of the United States of America, in violation of Title 8, United States
Code, Section 1325(a)(1) (Misdemeanor).

    On or about May 14, 2018, the Defendant, a citizen of Mexico, specifically intended to illegally enter the
United States and was encountered by Border Patrol agents near San Luis, Arizona. When the Defendant
attempted to enter the United States, the Defendant displayed an intent to be free from official restraint.
Agents observed the Defendant #DOING WHAT? PICK ONE DELETE THE REST# running before spotting the
Border Patrol agents, hiding, running away from the Border Patrol agents, attempting to evade apprehension
by Border Patrol agents, entering at night under the cover of darkness. When questioned, the Defendant
admitted to attempting to enter the United States to travel to #DESTINATION#. The Defendant was
questioned as to citizenship and immigration status. Agents determined that the Defendant is an
undocumented National of Mexico and had attempted to illegally enter the United States. The Defendant was
transported to the Border Patrol station for processing. During processing, through questioning and computer
records checks, the above criminal and immigration information was obtained about this Defendant.

File Date: 05/16/2018

at Yuma, Arizona

Rafael Flores, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/16/2018

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number:

Magistrate Information Sheet

Complaint: Arturo Torres-Ortiz

Criminal History: NONE

Immigration History: NONE